**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**
**11/26/2008**

IN RE:                                          §
                                                §
JAMES W. STRATTON                               §          **CASE NO. 95-40191-H4-7**
                                                §          **(Chapter 7)**
                                                §
                                                §

**ORDER**

CAME ON FOR CONSIDERATION, Trustee's Motion to Pay Funds into the Court Registry under 11 U.S.C. §347(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED that Rodney Tow, Trustee is authorized to pay the funds in the amount of $49.63 now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

SIGNED this the _____25th_____ day of _____November_____ 2008.

_____
Deputy Clerk

2854

EXHIBIT "A"

PLEASE CHECK ONE:

_____         Small Dividends

___X___         Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Marlene Beveridge<br>c/o Elizabeth Payte<br>2040 N Loop 336 W, Ste. 320<br>Conroe, Texas 77304 | 245 | $49.63 |

P.___1___ of___1___